# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KAREN ELIZABETH REEVES,

               Plaintiff,

      v.

MARTIN J. O'MALLEY,[1]
Commissioner of Social Security,

             Defendant.

No. 8:23-cv-01262-AJR

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED:  February 27, 2024       _____

                          HON. A. JOEL RICHLIN
                UNITED STATES MAGISTRATE JUDGE

_____

[1] Marin J. O'Malley is substituted as the Defendant pursuant to Federal Rule of Civil Procedure 25(d).