UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ELIZABETH REEVES,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 8:23-cv-01262-AJR<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 2/29/2024

_____
THE HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Brian C. Shapiro*
   BY: _____
4      Brian C. Shapiro
       Attorney for plaintiff Karen Elizabeth Reeves